# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DONALD FELIX WINNETT                                                PETITIONER
ADC #139544

V.                      NO. 5:15cv00181-SWW-JTR

WENDY KELLEY, Director,                                    RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT:

1. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, *Docs. 2 & 5*, is DISMISSED, WITHOUT PREJUDICE, so that Winnett may seek authorization from the Eighth Circuit Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition; and

2.     A Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED THIS 21ST DAY OF JULY, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE