# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DONALD FELIX WINNETT                               PETITIONER
ADC #139544

V.                   NO. 5:15cv00181-SWW-JTR

WENDY KELLEY, Director,                       RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 21ST DAY OF JULY, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE